FILED
2021 Jun-03 PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DONALDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:20-CV-1026 AMM |
| | ) |
| **SPIRE ALABAMA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, August 2, 2021, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 3rd day of June, 2021.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE