FILED
2021 Jun-24  PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DONALDSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Civil Action No.:** |
| | ) **2:20-cv-01026-AMM** |
| **SPIRE ALABAMA INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Michael Donaldson and Defendant Spire Alabama Inc. hereby stipulate that all claims should be dismissed in their entirety, with prejudice, each party to bear their own fees and costs.

Respectfully submitted this 24th day of June, 2021.

**ATTORNEYS FOR THE PLAINTIFF:**

*/s/Sidney Jackson*
Samuel Fisher
Sidney Jackson
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
301 Nineteenth Street North
Birmingham, Alabama 35203
sf@wigginschilds.com
sjackson@wigginschilds.com
(205) 314-0500
(205) 254-1500

**ATTORNEYS FOR DEFENDANT:**

*/s/John B. Holmes, III*
John B. Holmes, III
MAYNARD COOPER
One Federal Place
1901 Sixth Avenue North Ste. 1700
Birmingham, Alabama 35203
jholmes@maynardcooper.com
205-254-1107