FILED
2021 Jun-25  AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DONALDSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:20-CV-1026 AMM |
| | ) |
| **SPIRE ALABAMA, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter comes before the court upon the Joint Stipulation of Dismissal. Doc. 14. Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**, with each party to bear their own costs and fees.

**DONE** and **ORDERED** this 25th day of June, 2021.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE